IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:09CR204-RJC-DSC |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| DYRRLE GENE OSBORNE. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and BANK OF AMERICA.:

A judgment was entered on March 15, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States and against the Defendant, Dyrrle Gene Osborne, aka/Darrell Osborne, whose last known address is XXXXXXXXXXXX, Charlotte, NC 28212, in the sum of $113,701.61. The balance on the account as of May 9, 2011, is $113,701.61.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Bank of America is commanded to **turn over property** in which the Defendant, Dyrrle Gene Osborne, aka/Darrell Osborne, has a substantial nonexempt interest, the said property being funds located in Bank of America accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of Dyrrle Gene Osborne, aka/Darrell Osborne, at the following address: Bank of America, 1425 NW 62nd St, Ft. Lauderdale, Fl 33309, Attention: Legal Department.

**SO ORDERED**.

Signed: May 11, 2011

_____
David S. Cayer
United States Magistrate Judge