IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case 3:09CR204-RJC-DSC |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| DYRRLE GENE OSBORNE. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and WACHOVIA, A WELLS FARGO COMPANY.:

A judgment was entered on March 15, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States and against the Defendant, Dyrrle Gene Osborne, aka/Darrell Osborne, whose last known address is XXXXXXXXXXXXX, Charlotte, NC 28212, in the sum of $113,701.61. The balance on the account as of May 9, 2011, is $113,701.61.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Wachovia, a Wells Fargo company, is commanded to **turn over property** in which the Defendant, Dyrrle Gene Osborne, aka/Darrell Osborne, has a substantial nonexempt interest, the said property being funds located in Wachovia, a Wells Fargo company, accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of Dyrrle Gene Osborne, aka/Darrell Osborne, at the following address: Wells Fargo, PO Box 8667, Philadelphia, PA 19101, Attention: Legal Order Processing Team.

**SO ORDERED**.

Signed: May 11, 2011

David S. Cayer
United States Magistrate Judge